**LLG National Law Group**
Joseph D. Lento, Esquire
Joseph.Lento@LLGNational.com
(P) 856-652-2000
(F) 856-677-9083

LLG National Law Group

January 14, 2026

Via E-Filing
The Honorable Maria A. Lanahan
United States District Judge
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: Driy v. Pattonville High School, Case No.: 4:25-cv-00536

Request to Be Excused from Personal Appearance or, Alternatively, to Appear Remotely

Dear Judge Lanahan:

I write respectfully regarding the hearing scheduled for January 14, 2026 in the above-referenced matter. I am the founder of Lento Law Group, P.C. Although I am listed in connection with this case due to prior involvement at the firm, I have no directive, substantive involvement in the handling of this matter. The case has been assigned to competent counsel within the firm.

By background, previously worked for my firm and later departed. At the time of his departure, there was an understanding that another attorney from my office would file a Pro Hac Vice application as necessary. Any delay in that process was not due to inaction by our office. At this time, Lynda Sangmor of my office has completed and filed the Pro Hac Vice materials on the docket.

Over the past several days, my office contacted Chambers to inquire whether the Court would excuse my personal appearance in light of my lack of substantive

involvement. We were advised that Chambers could not provide guidance because the Pro Hac Vice application was not yet reflected as filed at the time of the inquiry. I am hopeful that, by the time of tomorrow's proceeding, the Court will have received and reviewed the Pro Hac Vice submissions.

Accordingly, I respectfully request that the Court excuse my personal appearance at the hearing. Alternatively, if the Court prefers my participation, I respectfully request permission to appear remotely (via Zoom or other platform designated by the Court). I am the primary caregiver for my elderly parents, and travel from Philadelphia on such short notice would create a significant hardship, particularly because there are no same-day return flights, which would require me to be away for approximately two days. Given my lack of direct knowledge of the day-to-day facts and handling of this matter, I do not believe my physical presence would materially assist the Court.

Please understand this request is made with the utmost respect for the Court and its orders. Mr. Andy Boyadzhyan will be present and can address the Court regarding the status and factual issues as needed. I do not intend any disrespect or noncompliance; my goal is simply to ensure the Court has appropriate counsel present while avoiding unnecessary hardship.

Thank you for your consideration.

Respectfully submitted,
/s/ Joseph D. Lento
Joseph D. Lento
Founder, Lento Law Group, P.C.

cc: Lynda Sangmor via email: lynda.sangmor@llgnational.com
Andy Boyadzhyan via email: aboyadzhyan88@gmail.com