UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Nikki Driy, et al
Plaintiff,

V.

Pattonville High School, et al.
Defendant.

Case No. 4:25-cv-00536-CDP

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Lynda Sangmor , move to be admitted pro hac vice to the bar of this court for the purpose of representing Nikki Driy in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full name of the movant-attorney;
Lynda Sangmor

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

Name: LLG National Law Group
Address: 1814 Route 70 East, Suite 323
City, State Zip: Cherry Hill, NJ 08003
Phone No.: 856.625.200
Fax No.: 856.677.9083

(c) Email for movant-attorney;
lynda.sangmor@llgnational.com

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
Cooley Law School, Jan 22, 2006

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| Maryland | 2006 | 0606130267 |
| D.C. | 2012 | 1006573 |
| | | |
| | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to

this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Lynda Sangmor

Signature of Movant