EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

NIKKI DRIY, individually, and
CAMERON WRIGHT, individually,

Plaintiffs,

v.

PATTONVILLE HIGH SCHOOL,
PATTONVILLE SCHOOL DISTRICT, et al.

Defendants.

Case No.: 4:25-cv-00536-MAL

# AFFIDAVIT OF DR. BARRY NELSON

COMES NOW, DR. BARRY NELSON, being duly sworn upon my oath, and states as follows:

1. I have personal knowledge of the matters stated in this affidavit.

2. I am currently employed by the Pattonville R-III School District ("the District") as its Superintendent of Schools and have been employed in that capacity since July 1, 2022.

3. The District is a public school district operating pursuant to the laws of the state of Missouri.

4. The District is governed by a seven-member board of education ("Board of Education").

5. Pattonville High School ("the School") is a public high school operated by the District.

6. As the Superintendent of Schools for the District, I am responsible for the general supervision, subject to the policies established by the District's Board of Education, of all of the District's schools, staff members, and students.

7. Under the District's Policy JGD, I have the authority to discipline students, including suspending a student for up to 180 school days.

8. Under the District's Policy JG, titled Student Discipline, the Board of Education "authorizes the immediate removal of a student upon a finding by a principal or superintendent that the student poses a threat of harm to self or others" and that "any such removal will be subject to the appropriate due process procedures and in accordance with law."

9. During the 2022-2023 school year, student Cameron Wright ("Cameron") was a sophomore at Pattonville High School.

10. On or about March 10, 2023, Mr. Beucke sent a letter to Cameron's mother, Nikki Driy ("Ms. Driy"), with me in copy, informing her that Cameron had been suspended for ten (10) days, that I may extend that suspension, and enclosed a copy of the School's discipline policy.

11. On or about March 10, 2023, I notified Ms. Driy via letter that Cameron's suspension may be extended for a period of up to 180 days, or to expulsion, to be determined at a hearing on March 27, 2023.

12. My March 10, 2023 letter stated that the additional days of suspension and/or recommendation of expulsion would be determined at a student discipline hearing on Monday, March 27th, at 1:00 p.m., conducted by the District's Assistant Superintendent of Student Services, Dr. Tori Cain.

13. I did not extend the suspension, and ultimately, Cameron received a ten (10) day suspension from school for Level III, 13: Threats to Bring Weapons or Harm to Individuals or School Property, which lasted for ten (10) school days, from March 8th to 29th, 2023. The District's spring break occurred during this time, so Cameron's suspension was only for ten (10) school days.

14. Dr. Tim Pecoraro, the District's former Superintendent of Schools, was not employed by the District in 2023.

15. Gene Grimshaw is an Associate Principal of Pattonville High School.

16. The District does not, and has not, employed an individual by the name of Jeff Grimshaw.

17. The documents and references in the Defendants' Statement of Uncontroverted Material Facts, Exhibits 2 and 3, are true and accurate copies of business records of the District. The documents are kept in the ordinary course of regularly conducted business activity of the District. The records were made at or near the time by, or with information transmitted by, someone with knowledge and was a regular practice of that activity. The documents were made at or near the time of the act, event, condition, or opinion referenced in each document.

FURTHER AFFIANT SAYETH NOT.

Barry Nelson
Barry Nelson, AFFIANT

IN WITNESS WHEREOF, I have here unto subscribed my name and affixed my official seal this 7th day of May, 2026.

Allison Leigh Collins
NOTARY PUBLIC

MY COMMISSION EXPIRES ON: 10-22-2027

ALLISON LEIGH COLLINS
My Commission Expires
10-22-2027
NOTARY SEAL
St. Louis
County
Commission # 23861085
NOTARY PUBLIC - STATE OF MISSOURI