EXHIBIT 3

| | |
|---|---|
| Book | Current Board Policies |
| Section | J: STUDENTS |
| Title | Student Discipline |
| Code | JG |
| Status | Active |
| Adopted | June 30, 1981 |
| Last Revised | January 24, 2017 |
| Last Reviewed | January 24, 2017 |

**PATTONVILLE SCHOOL DISTRICT**
**EPS Code: JG, page 1 of 2**

STUDENT DISCIPLINE

It is essential that the district maintain a classroom environment that allows teachers to communicate effectively with all students in the class and allows all students in the class to learn. To assist district staff in maintaining the necessary classroom environment, the Board of Education has created a discipline code that addresses the consequences, including suspension or expulsion, for students whose conduct is prejudicial to good order and discipline in the schools or impairs the morale or good conduct of other students.
The comprehensive discipline policy of the Pattonville School District is set forth in the annual district behavior guides. Copies of the current year's behavior guide will be provided to every student and to the parent or guardian of every student at the beginning of each school year, and upon enrollment of every student, where such enrollment takes place after the beginning of the school year. Copies of the behavior guides will also be available in the superintendent's office during normal business hours. The behavior guide is reviewed and revised annually and ratified by the Board of Education prior to each school year.

**Application**

These policies, regulations and procedures will apply to all students in attendance in district instructional and support programs as well as at school-sponsored activities. Off-campus misconduct that adversely affects the educational climate will also be subject to these policies, regulations and procedures. Students who have been charged, convicted or pled guilty in a court of general jurisdiction for commission of a felony may be suspended in accordance with law.

The Board authorizes the immediate removal of a student upon a finding by a principal or superintendent that the student poses a threat of harm to self or others, as evidenced by the prior conduct of such student. Any such removal will be subject to the appropriate due process procedures and in accordance with law.

No student may be confined in an unattended locked space except in an emergency situation while awaiting the arrival of law enforcement personnel. For the purpose of this policy, a student is unattended if no person has visual contact with the student, and a locked space is a space that the student cannot reasonably exit without assistance.

**Enforcement**

Building principals are responsible for the development of additional regulations and procedures regarding student conduct needed to maintain proper behavior in schools under their supervision. All such regulations and procedures shall be consistent with Board-adopted discipline policies.

Teachers have the authority and responsibility to make and enforce necessary rules for internal governance in the classroom, subject to review by the building principal. The Board expects each teacher to maintain a satisfactory standard of conduct in the classroom. All district staff are required to enforce district policies, regulations and procedures in a manner that is fair and developmentally appropriate and that considers the student and the individual circumstances involved.

All employees of the district shall annually receive instruction related to the specific contents of the district's discipline policy and any interpretations necessary to implement the provisions of the policy in the course of their duties including, but not limited to, approved methods of dealing with acts of school violence, disciplining students with disabilities and instruction in the necessity and requirements for confidentiality.

Adopted: June 30, 1981
Revised: December 11, 1984
Revised: November 12, 1996
Revised: November 13, 2001
Revised: January 24, 2017

Legal Refs.: 160.261, 167.161-171, 171.011, RSMo
Safe and Drug-Free Schools and Communities Act, 20 U.S.C. " 7101 - 7165
*Beussink v. Woodland R-IV Sch. Dist.*, 30 F.Supp. 2d 1175 (E.D. Mo. 1998)

Cross Refs.: JFA, Student Due Process Rights
JGA, Corporal Punishment
JGB, Detention and/or In-School Suspension of Students
JGD, Student Suspension and Expulsion
JGE, Discipline of Disabled Students
JGF, Discipline Reporting and Records
AC, Prohibited Discrimination/Harassment
AH, Tobacco-Free District