EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NIKKI DRIY, individually, and<br>CAMERON WRIGHT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>PATTONVILLE HIGH SCHOOL,<br>PATTONVILLE SCHOOL DISTRICT, et al.)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:25-cv-00536-MAL |

**AFFIDAVIT OF MR. JARED BEUCKE**

COMES NOW, MR JARED BEUCKE, being duly sworn upon my oath, and states as follows:

1. I have personal knowledge of the matters stated in this affidavit.

2. I am currently employed by the Pattonville R-III School District ("the District") as an Assistant Principal at Pattonville High School and have been employed in that capacity since July 1, 2022.

3. On the morning of March 6, 2023, I notified that a message was found written on the boys' restroom wall on the first floor of the H-wing in Pattonville High School ("the School"), written in pencil, stating "I'm gonna shoot the school up Monday."

4. Due to the significantly concerning and violent nature of this message, and in hopes of preventing yet another school shooting in our country, I, along with other School administrators, immediately began investigating the situation.

5. About thirty minutes after the first message was found, a similar message was found on the D wing first floor boys' restroom in the School.

6. Due to the location, wording, and handwriting of the messages on the bathroom walls, I, in consultation with other School administrators, determined that the message in both bathrooms must have been written by the same individual.

7. As a result, students were sent into a Level 1 lockdown and then sent home for the remainder of the school day, for their safety.

8. Administrators, including myself, then reviewed the School's video footage outside the relevant boys' bathrooms and discovered that the only student seen going into both restrooms between the previous Friday afternoon (March 3rd) and Monday morning (March 6th), was then-sophomore, Cameron Wright ("Cameron").

9. To continue my investigation, I requested that Cameron's history teacher, Mr. David Gross, provide a sample of Cameron's handwriting from Cameron's previous schoolwork, and Mr. Gross provided the requested sample to me.

10. Mr. Gross also provided a statement to me wherein he reported that Cameron was agitated and constantly on his phone during the lockdown on the day the threats were found at the School, despite being redirected multiple times. In his statement, Mr. Gross stated this behavior was out of character for Cameron.

11. An officer from the Maryland Heights Police Department reported to me that he reviewed the written threats, Cameron's handwriting samples, and video footage, and determined that Cameron's writing was consistent with the threats written on the walls of the School's bathroom.

12. Administrators, including myself, agreed with the Maryland Heights Police Department and determined that Cameron's handwriting sample was consistent with the threats written on the walls of the two School bathrooms.

13. Shortly thereafter, I was notified that Cameron had been arrested and criminally charged with Terrorism (F) – Making a Terroristic Threat.

14. I called Cameron's mother, Ms. Nikki Driy ("Ms. Driy"), to arrange a meeting between Cameron and myself and other administrators at the District on March 7, 2023, regarding Cameron being suspected of involvement with a threat made against the District.

15. Ms. Driy texted me that same evening, on March 6, 2023, stating she did not believe that Cameron was responsible for making the threats, and she stated, "I checked his backpack when they arrested him, nothing but pencils."

16. On March 7, 2023, due to the presence of legal counsel, I informed Cameron and Ms. Driy that I could not discuss the investigation without also having the District's legal counsel present, per District protocol.

17. However, I gave Cameron the opportunity to provide a written statement that day to respond to the allegations against him.

18. Cameron provided a statement to me via email on March 8, 2023, at 7:01 a.m. In his statement, Cameron denied being the individual who wrote the message on the bathroom wall and stated that he had only been in the bathroom to blow his nose.

19. I continued my investigation on March 7, 2023, obtaining statements from ten (10) other District students.

20. On March 7, 2023, I interviewed a student who submitted a Quicktip alert to the school, who then provided SnapChat messages between Cameron and other District students.

21. In the SnapChat messages, Cameron stated, "Aye there abt to be hella cops at school nd they might take y'all in to ask questions so if y'all bring shi tmr don't get caught." He also posted, "They got my laptop too wit all my messages" and "Nd don't say shi I'm so fr". In

response, another student stated on SnapChat, “onm everyone js act clueless asf” and “don’t say no names or anything”. Then another student posted, “Ong deni deni deni every thing the ask”.

22. After my investigation, and after reviewing Cameron’s statement, I determined that, based on a preponderance of the evidence, Cameron was responsible for writing the threats on the two bathroom walls, and I suspended Cameron for ten (10) days with a referral to a disciplinary hearing to determine if he should receive additional days of suspension for the offense of Level III, 13: Threats to Bring Weapons or Harm to Individuals or School Property.

23. On March 9, 2023, Principal Teisha Ashford notified Ms. Driy by letter, with me in copy, stating she recommended to Dr. Barry Nelson, the District’s Superintendent of Schools, that Cameron be suspended for 180 days for Level III, 13: Threats to Bring Weapons or Harm to Individuals or School Property.

24. On March 10, 2023, I sent a letter to Ms. Driy, informing her that Cameron had been suspended for 10 days, that it may be extended by Superintendent Dr. Nelson, and I enclosed a copy of the School’s discipline policy.

25. Exhibit 6 attached to Defendants’ Statement of Uncontroverted Material Facts is a true and accurate copy of the discipline packet prepared for Cameron’s discipline hearing scheduled for March 27, 2023, and is a true and accurate copy of business records of the District. These documents are kept in the ordinary course of regularly conducted business activity of the District. The records were made at or near the time by, or with information transmitted by, someone with knowledge and was a regular practice of that activity. The documents were made at or near the time of the act, event, condition, or opinion referenced in each document.

FURTHER AFFIANT SAYETH NOT.

Jared Beucke, AFFIANT

IN WITNESS WHEREOF, I have here unto subscribed my name and affixed my official seal this 7th day of May, 2026.

NOTARY PUBLIC

MY COMMISSION EXPIRES ON: 3/15/28

TANYA RENEE HADLEY
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 16351973
My Commission Expires 03/15/2028