EXHIBIT 6

# DISCIPLINE HEARING PACKET

PATTONVILLE SCHOOL DISTRICT
A Great Place To Live, Learn, and Grow

**Cameron Wright - 59626**

# TABLE OF CONTENTS

**HEARING CORE PAGE**

**LETTERS**

- SUPERINTENDENT TO PARENT
- MEMORANDUM FROM PRINCIPAL TO SUPERINTENDENT REQUESTING HEARING
- BUILDING PRINCIPAL TO PARENT
- ASSISTANT PRINCIPAL TO PARENT

**DISCIPLINE REFERRAL**

**INCIDENT SUMMARY**

**INCIDENT DOCUMENTATION**

- STUDENT STATEMENTS
- STAFF STATEMENTS
- PHOTOS

**HEARING INFORMATION REPORT**

**CURRENT REPORT CARD AND PREVIOUS UNOFFICIAL TRANSCRIPT**



# Hearing Core Page

| **Student: Cameron Wright** | | **Student Number: 59626** | |
|---|---|---|---|
| Ethnicity: | White | Gender: | Male |
| Age: | 16 years 3 months | Date of Birth: | 12/13/2006 |
| Grade: | 10 | District Entry Date: | 08/11/2016 |
| Graduation Plan: | 2025 | | |
| Parent/Guardian: | Stacey Driy | | |
| Custodial Email: | nikkim78@sbcglobal.net | | |
| Custodial Phone: | 314-308-9411 | | |
| Father's Mobile Phone: | 314-369-1424 | | |
| Mother's Mobile Phone: | 314-308-9411 | | |
| Address: | 11729 Parish Dr<br>Bridgeton, MO 63044 | | |

Policy Violation: Level III, 13: Threats to Bring Weapons or Harm to Individuals or School Property

| | |
|---|---|
| Suspension Dates: | 03/08/2023 - 03/29/2023 |
| Date of Incident: | 03/06/2023 |
| Video Camera Footage: | Yes |
| Exceptional Attendance: | No |
| IEP: | No |
| Disability: | None |
| IEP Manifestation Date: | |
| Related: | |
| 504: | No |
| 504 Manifestation Date: | |
| Related: | |
| LEP: | No |

| | |
|---|---|
| Number of Credits: | 10.00 |
| Cumulative GPA: | 2.474 |
| Community Service Required for Graduation: | 37 |
| Total Community Service Hours Earned: | 1 |
| Previous Discipline Hearing: | No |

THAT ALL WILL LEARN
PATTONVILLE
SCHOOL DISTRICT

**Superintendent of Schools**
11097 St. Charles Rock Road
St. Ann, MO 63074-1509
(314) 213-8001
Fax (314) 213-8601
www. psdr3.org

Barry Nelson, Ed.D., Superintendent of Schools

March 10, 2023

Stacey Driy
11729 Parish Dr
Bridgeton, MO 63044

**RE: Cameron Wright, Pattonville High School, Grade 10**

Dear Ms. Driy:

I attach hereto and incorporate by reference the letter from Ms. Teisha Ashford, Principal, Pattonville High School. Pursuant to the recommendation in Ms. Ashford's letter and pursuant to the authority granted me by state statute and the policies of the Pattonville School District, this is to advise you I may be extending the ten (10) school days of suspension for a period up to 180 school days and/or recommend to the Board of Education expulsion for **Cameron Wright** due to his violation of the Pattonville School District's Behavior Guide outlined in Ms. Ashford's letter attached hereto. Additional days of suspension and/or a recommendation for expulsion will be determined at the scheduled student hearing chaired by the Assistant Superintendent of Student Services, Dr. Tori Cain. An extended suspension would be a result of Cameron's inappropriate behavior for *Level lll, 13: Threats to Bring Weapons or Harm to Individuals or School Property.* Until the determination of the hearing, Cameron shall not enter or be on the premises of any Pattonville property or attend any Pattonville function, wherever located during the suspension. This includes virtual and/or online activities and classes.

Be advised that I have scheduled a hearing in Room 141 located in the Student Services Office of the Pattonville School District Learning Center, 11097 St. Charles Rock Road, St. Ann, Missouri, for **Monday, March 27 at 1:00 p.m.**

Copies of statements relevant to this case will be made available to you at your request by contacting Ms. Ashford. Statements will be released according to Pattonville School District policies and procedures.

You and Cameron should attend the hearing to present information relevant to my decision regarding whether additional days will be imposed.

Our attorney will not be at the hearing unless you inform Dr. Cain that you will have legal counsel present. Please advise Dr. Cain at (314) 213-8090 within two business days of the scheduled hearing date if you intend to have legal counsel present at the hearing.

If you have any questions, please do not hesitate to contact me at (314) 213-8001.

Sincerely,

Barry Nelson

Barry Nelson, Ed.D.
Superintendent of Schools

/tc

cc: Teisha Ashford, Principal
Tori Cain, Ed.D., Assistant Superintendent of Student Services
Jared Beucke, Assistant Principal
Patrick Handrahan, Counselor
Michelle Basi, Attorney

TO: Dr. Barry Nelson

FROM: Teisha Ashford

DATE: March 9, 2023

RE: Suspension of Cameron Wright

Student Number 59626 Grade 10 Date of Birth 12/13/2006

After reviewing the information from Mr. Beucke, I recommend that the suspension of Cameron Wright be extended up to 180 days and/or a recommendation to the Board of Education for Expulsion. Cameron is currently serving a ten-day suspension assigned for Level III. 13. Threats to Bring Weapons or Harm to Individuals or School Property.

March 9, 2023

Ms. Stacey Wright
11729 Parish Dr
Bridgeton, MO 63044

RE: Cameron Wright

Dear Ms. Stacey Wright,

I am writing in reference to Cameron's suspension from school, Level III. 13. Threats to Bring Weapons or Harm to Individuals or School Property. I have reviewed the incident with Mr. Beucke and have recommended to Dr. Barry Nelson, the Superintendent of Schools, Cameron be suspended up to 180 days. Dr. Nelson will review the suspension and all related data and you will receive a letter from him advising you of a hearing on this matter.

Please call if you have any questions or desire to discuss the matter further at this time.

Sincerely,

Ms. Teisha Ashford
Principal

cc: Dr. Barry Nelson, Superintendent
Dr. Tori Cain, Assistant Superintendent of Student Services
Mr. Jared Beucke, Assistant Principal
Mr. Patrick Handrahan Counselor

THAT ALL WILL LEARN
PATTONVILLE
SCHOOL DISTRICT

**Pattonville High School**
**"Home of the Pirates"**
2497 Creve Coeur Mill Road
Maryland Heights, MO 63043-1199
(314) 213-8051
Fax (314) 213-8651
www. psdr3.org
Barry Nelson, Ed.D., Superintendent of Schools
Ms. Teisha Ashford, Principal

March 10, 2023

To the Parent/Guardian of
Cameron Wright
11729 Parish Dr
Bridgeton, MO 63044

RE: Cameron Wright
Student ID Number: 59626
Grade: 10

Cameron has been suspended from school for a ten (10) day period for Level III-13: Threats to Bring Weapons or Harm to Individuals or School Property. This will be a 10 day out-of-school suspension with a referral to the Superintendent for a hearing to determine additional days of suspension up to 180 days and/or recommendation to the Board of Education for expulsion and loss of Parking Privileges for 1 year. This suspension shall extend from Wednesday, March 8, 2023 through and including Wednesday, March 29, 2023 unless extended because of unanticipated school closings such as inclement weather or emergencies. <u>In such cases, the extension would be for the same number of days missed as a result of having to close school.</u> You are reminded that students are not allowed on school grounds or at any school activity during a suspension. Maryland Heights Police were notified.

According to the Behavior Guidelines, this suspension will be reviewed by Ms.Teisha Ashford, Principal, and Dr. Barry Nelson, Superintendent of Schools, and possibly extended beyond the original ten days. A copy of the policy is enclosed. After reviewing this letter and the policy, please don't hesitate to call if you have any questions.

Work (assignments, etc.) missed during the out-of-school suspension can be completed for full credit. In order to obtain work, Cameron must contact his teachers using the phone numbers and email addresses provided on the Pattonville High School website. The principal's office will be available as a pick-up and drop-off location for work if necessary. Work must be turned in on the first day back from suspension. Zeros will be recorded for all missed work not turned in on the return date. An appointment must be made with the teacher for exams missed during suspension.

Students enrolled in the A+ program may be removed from the program if they are involved in excessive or serious disciplinary issues.

Sincerely,

Jared Beucke
Assistant Principal

cc: Dr. Barry Nelson, Superintendent of Schools
Dr. Tori Cain, Assistant Superintendent of Student Services
Ms. Teisha Ashford, Principal
Mr. Patrick Handrahan, Assigned Counselor

# Pattonville High School Discipline Referral

Student's Last Name Wright First Cameron Grade Level 10

Teacher's Name Beucke Date 3/8/23 Time 7:15

Teacher's description of the **specific events** and **observed behaviors** as they occurred.

Cameron is suspected of writing threats on restroom walls that state I'm gonna shoot the School up Monday.

| Location | Possible Motivation | Teacher Intervention Strategies (Check all that apply) |
|---|---|---|
| ❑ Classroom (Circle the hour) 1st 2nd 3rd 4th 5th 6th 7th Contact Time<br>❑ Hallway / Stairs / Restroom<br>❑ Cafeteria / Commons<br>❑ Gym / Locker Room<br>❑ School Grounds (exterior)<br>❑ School Activity (on or off-campus)<br>❑ Other Area | ❑ Obtain Adult Attention<br>❑ Obtain Peer Attention<br>❑ Obtain Object<br>❑ Avoid / Escape Adult<br>❑ Avoid / Escape Peer<br>❑ Avoid /Escape Task Demand<br>❑ Other / Don't Know | ❑ Verbal Warning<br>❑ Conference with Student<br>❑ Parent Contact<br>Phone Date(s) ______<br>Email Date(s) ______<br>Conference Date(s) ______<br>❑ Counselor(504)/Case Manager(IEP) Referral<br>❑ CARE Team Referral<br>❑ Previous Office Referral<br>❑ Other ______ |

**Administrator's Consequences / Interventions**

❑ Conference with Student
❑ Parent Contact
  ❑ Phone Date(s) ______
  ❑ Email Date(s) ______
  ❑ Conference Date(s) ______
❑ Loss of Privileges ______
❑ Restitution ______
❑ Behavior Plan

❑ Risk Assessment Date ______
❑ Counselor Referral / Mediation
❑ Detention Date ______
❑ ____ days In-School Suspension Date(s) ______
☒ 10 days Out-of-School Suspension Date(s) 3/8 - 3/29
❑ Other (see Below)

**Administrator's Disposition** Level 3:13 Threats to bring weapons or harm to individuals or school property. 10 Days OSS to a hearing.

______ **Student's Signature** ______

Date 3/8/23 **Administrator's Signature** [signature]

— — — — — OFFICE USE ONLY — — — — —

☒ PowerSchool Log Entry
☒ PowerSchool Attendance Entered
☒ Letter to Parents
❑ ISS Folder Entry

☒ Request Homework Date(s) ______
☒ Teacher Notification (ISS / OSS)
❑ IEP / 504 Consultant ______
❑ Hearing Packet

Copies
White - Office
Yellow - Parent
Pink - Counselor
Gold - Teacher

Revised 4/2011

PATTONVILLE SCHOOL DISTRICT THAT ALL WILL LEARN

**INCIDENT SUMMARY**

Written By: Jared Beucke, Pattonville High School, Assistant Principal

Based on my investigation, I believe the following to be true:

On the morning of 3/6/23 around 8:00, school administration was notified of a message written on the wall of the large stall in the H wing first floor boys' restroom. The message, written very lightly in pencil, stated, "Im gonna shoot the school up Monday". As the message was being investigated, another message was found in the D wing first floor boys' restroom shortly after 8:30. Due to the location and similarity of the wording and handwriting of both messages, it was determined to have come from the same individual.

Administrators began reviewing camera footage from the morning of 3/6/23 to identify any individual who had entered both restrooms. The search was then expanded to the afternoon of 3/3/23 and the morning of 3/6/23. As the investigation was taking place, the decision was made to enter a Level 1 lockdown and send all students home for the day. Shortly after students were dismissed, Cameron Wright was identified as being in both restrooms. He was in the D wing restroom on 3/3/23 from 1:59 until 2:02. After he exits the restroom, he walks down the hall almost to his classroom before turning around and returning to the restroom. In total, he was in the D wing restroom for four minutes and 7 seconds. In addition, Cameron had been in the H wing restroom on 3/3/23 from 11:03 until 11:05 during the passing period before returning at 11:51 and exiting at 11:53. On 3/3/23 Cameron was in the H wing restroom for four minutes total. In addition, he was in the H wing restroom on 3/6 from 7:23 until 7:26 for a total of three minutes and thirteen seconds.

On the afternoon of 3/6/23, a handwriting sample was requested from Cameron's history teacher, Mr. Gross. In addition, because it was the class he was in during the lockdown and dismissal, Mr. Gross was asked about his behavior during class on 3/6/23. Mr. Gross reported his behavior as being agitated with Cameron constantly on his phone. He was redirected by Mr. Gross and his co-teacher multiple times, but Cameron continued to type on his phone. Mr. Gross described this behavior as out-of-character for Cameron. Mr. Gross provided a written statement.

The handwriting sample was reviewed by administration and Maryland Heights Police and determined to be consistent to the threats posted in the two restrooms. We were notified later in the afternoon by Maryland Heights Police that Cameron had been arrested and charged.

I called Cameron's mother on the evening of 3/6/23 shortly after 7:00 pm. I told her I wanted to speak about the day's events and asked if she had time to talk. She said she was available. I explained that in our investigation, Cameron's name had come up as possibly being involved. I asked her to keep him at home the following day while we continued to investigate. We arranged for her to bring Cameron to the school at 1:30 pm on 3/7/23 to speak about Cameron's involvement. She said she also had spoken to an attorney and would make sure they were informed of the meeting. I asked for her to bring Cameron's school-issued laptop to the meeting.

On 3/7/23, I received a text message from Cameron's mother stating that she believed he was not responsible for the message. In her text, she writes, "I checked his backpack when they arrested him, nothing but pencils".

Later in the morning on 3/7/23, I spoke to two individuals who had been in the same H wing restroom at the same time as Cameron on Friday, 3/3/23. I first spoke to Student I who stated that Cameron had gone in the stall farthest from the door to blow his nose. This was during the passing period before 5th period. I also spoke to Student J who stated Cameron was in the stall furthest from the door later in the period during 2nd lunch.

Later in the afternoon on 3/7/23, a Quicktip alert was submitted by a student. I met with the student and they explained that they remembered Cameron talking about how his nose was running on 3/3/23. They also stated that the student was walking at the time with Cameron's friend, Student I when they heard Cameron mention his nose running. The student knew I had spoken to Student I that morning and Student I had told the student that I had asked about him being in the bathroom with Cameron on 3/3/23. The student then stated that Cameron's friends were telling everyone not to say anything but thought the information about his nose running would help us understand that is why he was in the restroom. I asked why the students in the group chat were telling people not to say anything. The student said they did not know why, but that they were given those instructions on a SnapChat thread. The student provided me a look at the SnapChat thread they referenced. On the thread, Cameron posted on the evening of 3/6/23, "Aye there abt to be hella cops at school nd they might take y'all in to ask questions so if y'all bring shi tmr don't get caught." He also posted, "They got my laptop too wit all my messages" and "Nd don't say shi I'm so fr". Another student, later identified as Student G, replies, "onm everyone js act clueless asf" and "don't say no names or anything". Student L then posts, "Ong deni deni deni every thing the ask". I asked the student what those comments meant and they said they were not sure. The student did not have any more information about the threat in the bathrooms other than they thought Cameron had went into the restroom to blow his nose.

On 3/7/23, Cameron's mother, stepfather, and Cameron arrived with an attorney. Due to the presence of legal counsel, I explained that we would not be discussing the investigation without also having legal representation. I provided Cameron an opportunity to provide a statement to explain his side of the story either through a handwritten statement form or an electronic version. Cameron's mother stated they would email a statement. I asked if they brought the laptop and Cameron's mother stated that they had forgotten to bring it. Cameron's stepfather asked if they would be able to see pictures about the incident. I explained that we would not show any pictures at that time. The meeting ended after I asked the family to keep Cameron at home on 3/8/23 and I would call with the result of the investigation.

In the afternoon on 3/7/23 at 2:04 pm, I received a text message on my district cell phone from Cameron's mother asking if we wanted her to send the laptop on 3/8/23 with Cameron's step brother or if someone could pick it up from the house. SRO Greg Jackson retrieved the laptop from Cameron's home after dismissal.

On the morning of 3/8/23 at 6:50 am, I received another text from Cameron's mother asking if I received the laptop and Cameron's statement. I replied that I was in possession of the laptop, but I had not

received an email with Cameron's statement. I added my email address in the text. She stated she must have typed it wrong and she would resend it. I received the statement via email at 7:01 am. In his statement, Cameron denied being the individual who wrote the message on the bathroom stall. He wrote he went to the restroom to blow his nose. I took Cameron's laptop to Ken Lerdahl, the school's Technology Support Supervisor. It appeared Cameron had deleted any old text messages linked to the Messages app except for one recent thread. Mr. Lerdahl provided a written statement.

Along with other members of the administrative team, we began to interview students who were in the Snapchat thread that was seen. Student F stated he went into the restroom with Cameron on 3/6/23 and saw him blow his nose. He explained he then left the restroom while Cameron was still inside. (Cameron remained in the restroom two minutes and thirty-five seconds after Student F left.) When asked what was meant in the SnapChat thread, Student F explained that the group of friends did not want other students to know about Cameron being the person suspected of writing the threat. Student F offered me the opportunity to see the SnapChat thread on his phone. As he opened SnapChat, I observed another group chat called Homies 4L. I asked Student F if Cameron was in that group chat as well. He confirmed Cameron was a member of that thread. In the thread, Cameron sends out a message to the group "Nobody txt me on messages". Student G stated that Cameron had told her he did not write the threat and the group chat's messages were about some of the students using drugs and to make sure they did not bring drugs to school because principals would probably be talking to them. However, she denied using drugs or ever bringing them to school. Student D explained that he did not know exactly what the messages or deleted messages were about. However, he said it may have been something that could get Cameron in more trouble, such as talking about the threat or bringing up the use of THC. Redacted described being in one of the restrooms involved in the threat, but denied seeing the message on the wall. He also explained that the purpose of the SnapChat thread was to prevent the word of Cameron's suspicion getting out around the school. Student A stated that he thought Cameron did not write the statement in the restroom and he posted in the SnapChat thread because he did not want word to spread around the school about Cameron. Student E explained that she did not know what the messages in the SnapChat were about and that she posted a question to Cameron about why the school had his laptop, but later deleted it from the thread because she did not want to be involved. Student H said her belief was the messages were deleted because the members of the chat did not want to get in trouble for drug use and had nothing to do with the threat in the bathrooms at school.

Due to the preponderance of evidence, Cameron was suspended for 10 days to a discipline hearing. I called his mother to inform her of the suspension.

As a result of his actions, Cameron Wright has been suspended 10 days with a referral to the Superintendent for a hearing to determine additional days of suspension up to 180 days for the offense of Level III, 13: Threats to Bring Weapons or Harm to Individuals or School Property.

Cameron Wright Statement:

On the way to first hour on Monday, around the time the bell rang, me and Student F went to the bottom H bathroom. I reached in the stall closest to the wall to grab tissue. After that, Student F walked out and I stood in front of the mirror to fix my hair. Then went to class.
I never wrote anything on any wall or stall or on anything else in the bathroom. The next thing I know the police show up to my house and I have no idea what they were talking about and I told them I didn't do what they were accusing me of. I'm being wrongfully accused of whatever was written in the bathroom.

Student Statement A:

What I know is Cam is getting accused for what happened on Monday and for what I know Cam is innocent and did not write on the walls. I know Cam well enough to know he does not have time to do that in the bathroom. He doesn't ever joke abt "shooting up a school." He doesn't own a gun or anything of that nature. I found out what happened around 5-6 pm the day we got let out of school and he told me not to say anything just because we didn't wanna spread anything on Cam's name. I haven't spoke much with him recently except for him telling me he got a lawyer for what happened and that was yesterday.

Student Statement B:

I was pulled out of class today to talk about recent events going on at the school. I was questioned about graffiti in the school bathroom because apparently I walked into that bathroom that had said graffiti in it. I do not recall ever seeing anything written on the walls, stall ect. I was then questioned about messages being deleted in a snapchat group. The messages were about keeping quiet about the situation because if work had got out about it then it would make that person look bad for something they didn't do. They also claimed I was nervous while we were talking. I was nervous because I didn't know what I was about to be asked.

Student Statement C:

At around 7:30-7:40ish I went to the bathroom and went into the farthest stall and on the wall it stated "I'm going to shoot the school on Monday."

Student Statement D:

We just talked about how I was involved in a group and how involved I am. He was just asking what the group could of possibly been deleting. I personally couldn't really tell you other than maybe something that could get Cam in more trouble like talked about how stupid it is and just talking about it instead of just letting it go and not getting involved and bringing up the use of THC.

Student Statement E:

Chat was sent about cops at school I questioned why because I didn’t know about the situation. Cam said school has his laptop I questioned why again but I later deleted chat because I didn’t not want to be involved.

Student Statement F:

I remembered being late to school with Cam. We both went in the bathroom and Cam just blew his nose in the bathroom stall then started fixing his hair in front of the mirror then that's when I left the bathroom but Cam wasn't with me when I left that's all.

Student Statement G:

From what I know, Cameron was accused of being the person to write the threat on the wall. He told me he is not the person who did it, so I have been believing him. I don't know much else about the situation, I don't know what the situation is with anyone else but no, I do not use drugs or any other illegal substance on school property.

Student Statement H:

I think messages were deleted because people didn't want to get in trouble for the drugs. I don't think it had anything to do with the threats because we had never discussed it. So there would have been nothing to delete. They were only scared of getting in trouble form drugs.

Student Statement I:

Me and Cam went into the bathroom and me and Cam looked at the mirror and then he went in their and blew his nose while I was looking at the mirror. He came out and we looked at each other then left. He went to the back stall with the door open and blew his nose.

Student Statement J:

I seen a student in the back stall sitting down. The book stall with a black backpack.

Staff Statement: David Gross

Cameron Wright is a student in my third hour Modern World History class, that I co-teach. Approximately halfway through class today (March 6 , 2023), students were given an assignment to work on independently Cameron was unusually agitated, texting on his phone constantly. I tried to redirect Cameron away from his phone and back to his assignment, however he continued to text heavily using both thumbs. A few minutes later, my co-teacher verbally redirected Cameron to get off his phone. He was agitated and still typing vigorously. When the modified lock-down was announced, Cameron continued to type on his phone. This is out of character. When Cameron is redirected, he normally gets back to work.

Staff Statement: Ken Lerdahl

This report reflects my actions and findings with Cameron Wright's school assigned MacBook:

Monday 3/6/23 at 12:49pm I asked my team to lock Cameron's school assigned laptop (using our mobile device management system, Mosyle) to prevent deletion of data. For that command to reach the laptop, it must connect to the internet.

I took Cameron's laptop off campus this morning, 3/8/23 at around 7:30 am, to prevent the laptop from connecting to our wifi network once I unlocked it. Upon powering on the laptop, I was taken straight to the standard user login screen, meaning the laptop never received our command to lock.

After logging in to the laptop, I noticed that the Messages app was signed into Cameron's personal iCloud account, but only had one message thread with phone number 314-308-9411 and nothing else, meaning any other message threads had been deleted manually from the laptop. (Screenshot attached)

At this point, I decided to check Cameron's internet history, and see if he was logged in to Instagram, Snapchat, etc on the laptop. I connected to a wifi network, at which point the Messages app immediately signed out of his personal iCloud account, indicating Cameron unsynced his iCloud from the laptop using another device.

Checking internet history, the only thing of note was that Cameron used the laptop for a very short window Tuesday March 7, 2023, ending at 9:52am. Not long enough for the laptop to lock.

Everything in internet history for the most part appeared to be school related. He did have one instance of Snapchat in his history, but attempting to login was unsuccessful for me (username saved but not password).


H WING

D WING




I'm abt to be On my way!
YESTERDAY
CAM
Aye there abt to be hella cops at school nd they might take y'all in to ask questions so if y'all bring shi tmr don't get caught
Student A
onm
alr knowin
Student K DELETED A CHAT
Student G DELETED A CHAT
Student F
yessir
Student G DELETED A CHAT
Student B DELETED A CHAT
CAM
They got my laptop too wit all my messages
Student E DELETED A CHA
Student G DELETED 2 CH
CAM
Nd don't say shi I'm so fr
Student G
onm everyone js act clueless asf
Student K DELETED A CHAT
Student G
don't say no names or anything
Student L
Ong deni deni deni every thing the ask
[redacted]


9:01
LTE
Homies 4L 💯
Student A
ofc there is
i wanna go home so bad
Student I
Omfg ofc
I need to go home before I get into a fight with someone in the building
SEXY A [redacted] LORD
Cameron
Nobody txt me on messages
Student L
yessir
TODAY
Student B
Did any of y'all do the chem review?
Student L
dammit
[redacted]
Send a chat

## ACTIVITY 5A — ADDITIONAL RESOURCE: PRIMARY SOURCE ANALYSIS

**Directions**: Analyze the document below and complete the questions that follow.





MACHINE GUNS FROWN ON RUSSIAN MOBS

CROWDS IN THE STREETS HAVE GROWN MORE SULLEN, AND ADDITIONAL TROOPS HAVE BEEN PLACED ON GUARD.

Disorders Have Begun in Moscow, and Another Outbreak Is Feared—Britain Charged With Furnishing Money to Bring About a Revolution.

SOURCE: A photo and a newspaper headline from Bloody Sunday, 1905.

1. Recall from Activity 1: What happened on Bloody Sunday in 1905?

Civilians protested the street and the government masacared them.

2. Why were people assembling in the streets to protest? What were they protesting?

they were protesting the terrible living conditions, & lack of food.

3. What demands do you think the protesters would have made to their czar at the time?

no more war, more jobs, ~~bet~~ cleaner streets, more food

4. How was Bloody Sunday one of the causes of the Russian Revolution?

Many People loss faith in their government

## ACTIVITY 5B — ADDITIONAL RESOURCE: PRIMARY SOURCE ANALYSIS

**Directions**: Analyze the document below and complete the questions that follow.




SOURCE: "Treachery to Brothers" Aleksandr Petrovich — 1918. New York Public Library.

1. Who is represented in this cartoon by the snake? Why did the artist choose a snake for this figure?

The terrible Russian leaders, it represents their greed & they cant be trusted

2. Who is represented by the main figure on the left? Why do you think the artist pictured them to be so large?

lenin, to exxagerate his strength & heroicness

3. Explain whether or not the artist is biased towards one side of the revolution.

its biased towards the bolshevik side, portraying them as the hero

4. How would the survivors of the Bloody Sunday massacre feel about this cartoon? Justify your response.

glad that they are still fighting for the better

## ACTIVITY 3: TEXT ANALYSIS

Directions: Analyze the texts below and complete the questions that follow.

### THE RUSSIAN REVOLUTION OF 1917: A SHOCK TO THE WORLD

In 1884, Nicholas II became the last czar (Russian term for king) of Russia. Like King Louis XVI before the French Revolution, Czar Nicholas II was an autocrat, meaning he had absolute power and called all of the shots. Like the French king, he also ignored the calls of his people for change, so two revolutions ended up taking place that changed Russia forever.

Russia finally industrialized like the rest of Europe and America. Rapid urbanization meant that Moscow and St. Petersburg became overcrowded. Living conditions became filthy and deadly. To make things worse, there was no food because of expensive wars and a bad growing season (because of the frozen climate). People protested the monarchy in the streets and the government responded by massacring them. This became known as the **BLOODY SUNDAY MASSACRE** and Russians lost serious faith in their government. Ten years later, Russia got involved in **World War I** to support Britain and France. However, it made their problems worse. They couldn't compete against Germany, which had already industrialized and was far superior in combat. Their economy weakened even more and millions ended up killed. Everyone left was starving as the czar maintained a lavish lifestyle.

**THE RUSSIAN REVOLUTION OF 1917** was really two revolutions. The first took place in February. The Czar was overthrown and removed from power. The second revolution took place in October, which put the Bolsheviks in charge of Russia with Vladimir Lenin as the leader. The **BOLSHEVIKS** were a communist party that won support by embracing the ideas and beliefs of Karl Marx from his Communist Manifesto, promising the Russian people "peace, land, and bread" — all things the people needed.

On July 17, 1918, Vladimir Lenin ordered Bolshevik revolutionary soldiers to lure the deposed (removed) Russian czar, his wife, and their young children into a basement, where they were promised they'd be moved to a safer location far away from the government. Once locked in, the Bolsheviks opened fire. The Czar and Czarina were killed immediately. The rest of the bullets deflected off of the brick walls, causing smoke to make it impossible to see the targets. The princesses were also hiding their jewelry underneath their clothes which made it hard for bullets to work. The soldiers had to resort to stabbing the children. The assassination took over an hour and is considered one of the most faulty and gruesome assassinations in history.





SOURCE: 1 history.com 2 PBS.org TOP IMAGE: Czar Nicholas II and the Imperial Family. BOTTOM IMAGE: Soviet poster "Comrade Lenin cleans the Earth from impurities" — propaganda by Viktor Deni (1893-1946).

1. Compare and contrast Czar Nicholas II of Russia to King Louis XVI of France. How were they similar and different?

both rulers had absolute power, & ignored calls for change.

2. Who were the Bolsheviks? How did they win support?

A communist Party led by lenin. They one support by embracing their ideas for a better society

3. How did World War I add to the problems of Russia? How did it contribute to the fall of Czar Nicholas from power?

world w I resulted in many Russian deaths, and a huge loss of money. The Czar loss the support of the citecens & hate started to be shown twords the czar

4. Explain whether or not you think the assassination of Czar Nicholas II was necessary.

no, you couldve not stabbed a bunch of children

Name: Cameron Wright Date: 01/11/2?

# AIM: Why did a revolution occur in Russia after World War I?

## ACTIVITY 1: DO NOW

Directions: Answer the questions below.

**AVERAGE RUSSIAN PEOPLE AND THEIR HOMES** **ONE OF 1,500 ROOMS IN THE EMPEROR'S PALACE**



The majority of the Russian people were living in poverty by the time WWI began.



The Russian czar (emperor) lived in the Winter Palace, which had 1,500 rooms.

1. Compare and contrast the Winter Palace, where the Russian Imperial Family lived, to the average homes of the people of Russia.

The winter palace had many big rooms & was much bigger. Also it was very clean & solid, unlike normal houses

2. Compare and contrast the wealth gap between Russians and their czar (emperor) in 1910 to the Third Estate and King Louis XVI of France in 1789.

## ACTIVITY 2: DOCUMENT ANALYSIS

Directions: Analyze the document below and complete the questions that follow.



All Russia was learning to read, and reading—politics, economics, history—because the people wanted to know... In every city, in most towns, along the Front, each political faction had its newspaper—sometimes several. Hundreds of thousands of pamphlets were distributed by thousands of organizations, and poured into the armies, the villages, the factories, the streets. The thirst for education, so long **thwarted** (prevented), burst with the Revolution into a frenzy of expression. From Smolny Institute alone, the first six months, went out every day tons, car-loads, trainloads of literature, saturating the land... And it was not fables, falsified history, diluted religion, and the cheap fiction that corrupts—but social and economic theories, philosophy, the works of **Tolstoy**, **Gogol**, and **Gork** (Russian authors who influenced Russian political and economic thought).

SOURCE: John Reed, *Ten Days that Shook the World* (New York: International Publishers, 1934). IMAGE: Tolstoy on 23 May 1908 — photo by Sergey Prokudin-Gorsky.

1. How did a rise in education influence political change in Russia?

Many people wanted an education & the rise of education/production resulted in more Jobs/money

2. Why do you think education had been previously thwarted (prevented) by the autocratic government?

I think it was so they can have more Miners, and factory workers. To be rich you had to have been born into it.

dgross@psdr3.org
Mr. Gross

Pattonville High School
Modern World History

314-213-8051 ext. 8102
Spring Semester

Name: Cameron Wright Date: 01/18/23 Hour: 3

"One must regard these 30 years of strife, turmoil and suffering in europe as part of ones story"

# The World Wars:

## *Trial By Fire* (Episode 1)

## Video Guide




1. What do the German soldiers put on to protect themselves from gas?
   Gas mask
2. How many people died in the 30-year period of war?
   100 million
3. What did Adolf Hitler want to be in life?
   Artist
4. Great Britain, France and Russia made up the Central Powers.
5. Germany, Austria-Hungary and the Ottoman Empire made up the Central Powers.
6. The United States is fighting in what country while World War I is beginning?
   Pancho villa
7. What does George Patton want to use to assist the war effort?
   Tank
8. How many men died per hour during World War I?
   230
9. How many miles did the trenches run?
   25,000
10. The area between trenches is called what?
    no mans land
11. Winston Churchill launches the largest amphibious assault ever at the Straits of Gallipoli?
12. After 56,000 men are killed, the mission is a failure?
13. What is the German secret weapon? Vladimir lennon
14. Lennon and Stalin organize a revolution against the tsar of Russia.






dgross@psdr3.org
Mr. Gross

Modern World History

Name:_______________ Date:__________ Hour:__________

15. The Communists take over Russia and do what in World War I?
took them out the war

16. Benito Mussolini begins his soldier career as a what?
Sharp Shooter

17. February 26, 1915 – Who wrote a telegram to Mexico encouraging them to invade the U.S.?
Germany

18. Patton utilizes what new form of war technology?
Tank

19. America's first attack in WWI is led by Patton on the Western Front.

20. How is mustard gas different from previous gas?
attaks the skin/and lungs, no oder, lingered for days

21. Mccauther's army and Patton's tanks led the Allies in the Hundred Days Offensive.



22. WWI had how many causalities?
39 million

23. Who is not invited to discuss the treaty talks at Versailles?
Germany

24. What country is invited, but it is ignored and alienated during the Versailles peace talks?
Japan

25. Germany owes $80 Billion after the war.

26. When do they finally pay it off?
2016

27. Colin Powell says, "This is not a treaty. This is an armistice... We have not really solved this problem."

28. Mussolini uses what two mediums (or methods) to push his anti-government message?
News Paper, radio

29. After WWI, Hitler begins to follow the anti-government group called the _________ _________ _________?

30. The German Workers' Party evolves in the National Socialist Party or the Nazi Party.

31. Hitler becomes the head of propaganda for the party. What is propaganda?

32. Hitler's attempt to overthrow the government is a Failure.

who has complete

# Pattonville School District
# Hearing Information Report

Printed on: 03/10/2023



School: Pattonville High School
Student Name: Wright, Cameron Matthew
Student Number: 59626
Grade Level: 10
Date of Birth: 12/13/2006

**Current Schedule**

| Expression | Course Name | Term |
|---|---|---|
| 1(A) | Geometry 2 | S1 |
| 2(A) | Team Sports | S1 |
| 3(A) | Modern WH | S1 |
| 4(A) | Drawing 1 | S1 |
| 5(A) | Spanish 2 | S1 |
| 6(A) | Chemistry 1- 1st Sem | S1 |
| 7(A) | English 2 s2 | S1 |
| 8(A) | Homeroom 2025 | 22-23 |
| P9(A) | Student Services | 22-23 |
| 1(A) | Algebra 2 s1 | S2 |
| 2(A) | 2D Design | S2 |
| 3(A) | Modern WH | S2 |
| 4(A) | Chemistry 1- 2nd Sem | S2 |
| 5(A) | Spanish 2 | S2 |
| 6(A) | Weight Train | S2 |
| 7(A) | English 2 s1 | S2 |

**Most Recent Grades**

| Course Name | G3 | | S1 | |
|---|---|---|---|---|
| | Grd | % | Grd | % |
| Chemistry 1- 1st Sem | D | 66 | D | 63 |
| Drawing 1 | B | 81 | B | 83 |
| English 2 s2 | C | 77 | C | 77 |
| Geometry 2 | A | 91 | A | 92 |
| Modern WH | C | 78 | B | 80 |
| Spanish 2 | C | 79 | C | 75 |
| Team Sports | B | 89 | B | 88 |

**Current Attendance**

| | G1 | G2 | G3 | G4 | G5 | G6 |
|---|---|---|---|---|---|---|
| Days Absent | 2.6344 | 1.8961 | 2.922 | 1.883 | 4.2857 | |
| Times Tardy | 4 | 4 | 12 | 5 | 2 | |
| Days Enrolled | 29 | 25 | 28 | 30 | 14 | |

**Historical Attendance**

| | Days Absent | Days Enrolled |
|---|---|---|
| 2021-2022 | 7.2 | 173.0 |
| 2020-2021 | 7.0 | 168.0 |

Wright, Cameron Matthew, 59626

| | Days Absent | Days Enrolled |
|---|---|---|
| 2019-2020 | 5.4 | 176.0 |
| 2018-2019 | 3.5 | 177.0 |
| 2017-2018 | 1.0 | 177.0 |
| 2016-2017 | 2.4 | 177.0 |

| Student Discipline Log | |
|---|---|
| **Date** | **Description** |
| 03/06/2023 | 10 day OSS 3/8-3/29 Level III-13 Threats to Bring Weapons or Harm To Individuals or School Property. Cameron is suspected of writing threats on restroom walls that state "I'm gonna shoot the school up Monday." |
| 11/29/2022 | Two 2 hour detention 12/13-12/14. Level 1-17:Tardiness to class |
| 03/30/2017 | Involved in paper fight on bus. Recess detention, talked to parent on phone after incident report sent home. |

# Pattonville High School

2497 Creve Coeur Mill Rd.
Maryland Heights, MO 63043
2022-2023

**Cameron Wright**
Grade: 10
Student #: 59626

Credit Hours: 10.00
Community Service: 1
Attendance: 91.83

| GPA/Class Rank | | |
|---|---|---|
| | Simple | Weighted |
| Class Rank | 257 of 440 | 246 of 440 |
| G4 GPA | 1.857 | 1.857 |
| Cumulative GPA | 2.474 | 2.579 |

| | | G4 | | G5 | | G6 | | S2 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Course Grades** | **Teacher** | **Grd** | **%** | **Grd** | **%** | **Grd** | **%** | **Grd** | **%** | **Abs** | **Tdy** |
| Algebra 2 s1 | Adam, Greg | F | 46 | | | | | | | 1 | 0 |
| 2D Design | Adams, Danielle | B | 82 | | | | | | | 0 | 3 |
| Modern WH | Gross, David | F | 54 | | | | | | | 1 | 3 |
| Chemistry 1- 2nd Sem | Jones, Nathan | C | 73 | | | | | | | 0 | 1 |
| Spanish 2 | McNamara, Allison | B | 82 | | | | | | | 1 | 0 |
| Weight Train | Mueller, Brent | B | 86 | | | | | | | 3 | 0 |
| English 2 s1 | Ulses, Antoinette | C | 72 | | | | | | | 2 | 0 |

| **Behavior and Effort Grades** | | **B4** | **E4** | **B5** | **E5** | **B6** | **E6** |
|---|---|---|---|---|---|---|---|
| 2D Design | Adams, Danielle | 3 | 3 | | | | |
| Algebra 2 s1 | Adam, Greg | 3 | 3 | | | | |
| Chemistry 1- 2nd Sem | Jones, Nathan | 3 | 3 | | | | |
| English 2 s1 | Ulses, Antoinette | 3 | 3 | | | | |
| Modern WH | Gross, David | 3 | 2 | | | | |
| Spanish 2 | McNamara, Allison | 3 | 2 | | | | |
| Weight Train | Mueller, Brent | 3 | 3 | | | | |

| **Grade Scale** | |
|---|---|
| A 90-100% Outstanding | I Incomplete |
| B 89-80% Above Average | Au Audit |
| C 79-70% Average | X No Credit |
| D 69-60% Below Average | P Pass |
| F Below 60% Failing | |

| **Behavior/Effort Scale** | |
|---|---|
| 4 | Exceeds Expectations |
| 3 | Expected |
| 2 | Needs Improvement |
| 1 | Unsatisfactory |

# Pattonville High School Unofficial Transcript

Student Name: Wright, Cameron Matthew
Grade Level: 10
Student Number: 59626
Date of Birth: 12/13/2006

2497 Creve Coeur Mill Road
Maryland Heights, MO 63043
314-213-8051

**Graduation Date:**

| | Semester 1 Gr | Semester 1 Cr | Semester 2 Gr | Semester 2 Cr | Semester 3 Gr | Semester 3 Cr | Semester 4 Gr | Semester 4 Cr |
|---|---|---|---|---|---|---|---|---|
| **22-23 Pattonville High School** | | | | | | | | |
| Chemistry 1- 1st Sem | D | 0.5 | | | | | | |
| Drawing 1 | B | 0.5 | | | | | | |
| English 2 s2 | C | 0.5 | | | | | | |
| Geometry 2 | A | 0.5 | | | | | | |
| Modern WH | B | 0.5 | | | | | | |
| Spanish 2 | C | 0.5 | | | | | | |
| Team Sports | B | 0.5 | | | | | | |
| **21-22 Pattonville High School** | | | | | | | | |
| Biology 1 | C | 0.5 | B | 0.5 | | | | |
| English 1 s1 | | | B | 0.5 | | | | |
| English 1 s2 | B | 0.5 | | | | | | |
| Geometry 1 | | | A | 0.5 | | | | |
| Health | | | B | 0.5 | | | | |
| Honors Geometry | F | 0 | | | | | | |
| Honors World History 1 | C | 0.5 | | | | | | |
| Honors World History 2 | | | C | 0.5 | | | | |
| Spanish 1 | C | 0.5 | C | 0.5 | | | | |
| Team Sports | B | 0.5 | | | | | | |
| **20-21 Remington Traditional** | | | | | | | | |
| Algebra 1.1_1 | Cr | 0.5 | Cr | 0.5 | | | | |

| Grade Scale | |
|---|---|
| Simple | Weighted |
| A = 4 | A = 5 |
| B = 3 | B = 4 |
| C = 2 | C = 3 |
| D = 1 | D = 1 |
| F = 0 | F = 0 |
| X=No Credit Passing | |
| S=Satisfactory | |
| Au=Audit | |

| Rank and GPA | | |
|---|---|---|
| | Simple | Weighted |
| Class Rank | 256 out of 432 | 245 out of 432 |
| GPA | 2.474 | 2.579 |

| Credit Hours | |
|---|---|
| Total | 10.00 |

| Graduation Credit Requirements (24) | |
|---|---|
| Communication Arts | 4 |
| Math | 3 |
| Science | 3 |
| Social Studies | 3 |
| Fine Art | 1 |
| Practical Art Elective | .5 |
| Personal Finance | .5 |
| P.E. | 1 |
| Health | .5 |
| Electives | 7.5 |

| Community Service Hrs | |
|---|---|
| Required | 37 |
| Total hrs (includes tutoring hrs) | 1 |

| Constitution Tests | |
|---|---|
| MO | |
| US | |
| CPR Certified | No |

| End of Course (EOC Exam) | |
|---|---|
| English I | |
| English II | |
| Algebra I | Basic |
| Geometry | |
| Biology I | Proficient |
| Government | |

Wright, Cameron Matthew, 59626

| Test | Alpha | Percent | Numeric | Test Date |
|---|---|---|---|---|
| EOC Algebra 1 | Basic | 0 | 398 | 05/12/2021 |

| Test | Alpha | Percent | Numeric | Test Date |
|---|---|---|---|---|
| EOC Biology 1 | Proficient | 0 | 406 | 05/02/2022 |