**EXHIBIT 8**

THAT ALL WILL LEARN
PATTONVILLE
SCHOOL DISTRICT

**Superintendent of Schools**
11097 St. Charles Rock Road
St. Ann, MO 63074-1509
(314) 213-8001
Fax (314) 213-8601
www. psdr3.org

Barry Nelson, Ed.D., Superintendent of Schools

March 29, 2023

Stacey Driy
11729 Parish Dr
Bridgeton, MO 63044

**RE: Cameron Wright, Pattonville High School, Grade 10**

Dear Ms. Driy:

This letter is a follow-up to your conversation with Dr. Cain on March 29, 2023.

On March 6, 2023, Cameron Wright violated a behavior of the Pattonville High School Behavior Guide (*Level III, 13: Threats to Bring Weapons or Harm to Individuals or School Property*). The behavior guide states that the consequence for this conduct is a ten (10) day out-of-school suspension with a referral to the Superintendent. On March 9, 2023, Ms. Teisha Ashford, Principal of Pattonville High School, notified you by letter that she had suspended Cameron out-of-school for ten (10) days beginning on March 8, 2023 and ending on March 29, 2023. Ms. Ashford further informed you that she was referring the incident to the Superintendent for a hearing and possible additional suspension days.

A disciplinary hearing with the Superintendent's Designee, Dr. Tori Cain, was held on March 27, 2023. Also in attendance at the hearing were: Mr. Jared Beucke, assistant principal; Mr. Patrick Handrahan, school counselor; and attorneys Michelle Basi and Steven Waterkotte. Upon review of the testimony from the hearing, I have affirmed Ms. Ashford's decision to impose a ten (10) day out-of-school suspension and have accepted Dr. Cain's recommendation that Cameron be allowed to return to school on March 30, 2023.

Sincerely,

Barry Nelson

Barry Nelson, Ed.D.
Superintendent of Schools

/tc

cc: Teisha Ashford, Principal
Tori Cain, Ed.D., Assistant Superintendent of Student Services
Jared Beucke, Assistant Principal
Patrick Handrahan, Counselor
Michelle Basi, Attorney