# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| NIKKI DRIY, individually and on  behalf of her minor son, CAMERON WRIGHT, ) ) ) | |
| *Plaintiffs*, ) ) | |
| ) ) | Case No.: 4:25-cv-00536-MAL |
| vs. ) ) | |
| ) | |
| PATTONVILLE HIGH SCHOOL, PATTONVILLE SCHOOL DISTRICT, et al. ) ) ) | |
| *Defendants*. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Nikki Driy and Cameron Wright, by and through their undersigned counsel, and Defendants Pattonville High School, Teisha Ashford, Mary Kay Campbell, Jon Fitzgerald, Dr. Brian Gray, Jeff Grimshaw, Lisa Kickbusch, Barry Nelson, Pattonville School District, Dr. Tim Pecoraro, Andre Redden, Jan Schweiss, and Rena Simmons, by and through their undersigned counsel, and being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and

each and every count and claim asserted therein, be dismissed with prejudice, each

party to bear their own costs, expenses and fees.

Respectfully submitted this ___5___ day of June, 2026.

**LLG NATIONAL LAW GROUP**

By: ___/s/ Lynda Sangmor_____

Lynda Sangmor (*Pro Hac Vice*)
MD Bar No. 0606130267
3003 N. Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: 480-745-5863
Lynda.sangmor@llgnational.com

***Attorney for Plaintiffs***

**TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C.**

By: ___/s/ Mandi D. Moutray_____

Michelle H. Basi, #54943MO
Mandi D. Moutray, #66096MO
Sarah P. McConnell, #74216MO
34 N. Meramec Avenue, Suite 600
St. Louis, MO  63105
(314) 880-3600
mbasi@tuethkeeney.com
mmoutray@tuethkeeney.com
smcconnell@tuethkeeney.com

***Attorneys for Defendants***

## **PROPOSED ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the

Court is directed to dismiss this matter with prejudice. All other existing dates and

deadlines in this matter are hereby vacated.


IT IS SO ORDERED.


Dated:  _____, 2026.        By: _____

                                                 Hon. Maria A. Lanahan
                                        United States District Judge