## **PROPOSED ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the

Court is directed to dismiss this matter with prejudice. All other existing dates and

deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _____, 2026.        By: _____

                                              Hon. Maria A. Lanahan
                                              United States District Judge